■ In the Matter of ROBERT FESTA, Respondent, v BOARD OF EDUCATION OF SOUTH ORANGETOWN CENTRAL SCHOOL DISTRICT et al., Appellants, et al., Respondent. [635 NYS2d 540] —Appeal by the Board of Education of the South Orangetown Central School District and the South Orangetown Central School District from a judgment of the Supreme Court, Rockland County (Miller, J.), dated June 14, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Miller at the Supreme Court. Ritter, J. P., Altman, Friedmann and Florio, JJ., concur.